

*SDNY/NYNY*
*07-cv-2622*
*Hellerstein*

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

– – – – – – – – – – – – – – – – – – – – – – –x

INVESCO INSTITUTIONAL (N.A.), INC.,

         Plaintiff - Appellant,

     -against-

DEUTSCHE INVESTMENT MANAGEMENT
AMERICAS INC.,

         Defendant - Appellee.

– – – – – – – – – – – – – – – – – – – – – – –x

No. 07-2324-cv



UNITED STATES COURT OF APPEALS
FILED
JUL 10 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

### STIPULATION AND ORDER OF WITHDRAWAL OF APPEAL WITH PREJUDICE

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: ~~June~~ *July 3*, 2007

BAKER & HOSTETLER LLP

By: _John Siegal / ACW_
John Siegal (JS 1036)
Ona T. Wang (OW 5462)
45 Rockefeller Center
New York, NY 10111
(212) 589-4200 phone
(212) 589-4201 facsimile

*Attorneys for Defendant-Appellee Deutsche Investment
Management Americas, Inc.*

ALSTON & BIRD LLP

By: _____
John F. Cambria (JC 4098)
Michael Johnson (MJ 0299)
Piret Loone (PL 6597)
90 Park Avenue
New York, NY 10016
(212) 210-9400 phone
(212) 210-9444 facsimile

*Attorneys for Plaintiff-Appellant
INVESCO Institutional (N.A.), Inc.*

SO ORDERED   FOR THE COURT
_____, Catherine O'Hagan Wolfe, Clerk of Court
By
_____
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _Angela Weston_
DEPUTY CLERK

CERTIFIED:

MANDATE

SDNY/NYNY
07-cv-2622
Hellerstein

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

---------------------------------x

INVESCO INSTITUTIONAL (N.A.), INC.,

        Plaintiff - Appellant,

    -against-

DEUTSCHE INVESTMENT MANAGEMENT
AMERICAS INC.,

        Defendant - Appellee.

---------------------------------x

No. 07-2324-cv



UNITED STATES COURT OF APPEALS
FILED
JUL 1 0 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

### STIPULATION AND ORDER OF WITHDRAWAL OF APPEAL WITH PREJUDICE

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn

with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal

Rules of Appellate Procedure.

Dated: ~~June~~ July 3 , 2007

<table>
<tr><td>BAKER & HOSTETLER LLP</td><td>ALSTON & BIRD LLP</td></tr>
<tr><td>By: <em>John Siegal / RW</em></td><td>By: <em>[signature]</em></td></tr>
<tr><td>John Siegal (JS 1036)<br>Ona T. Wang (OW 5462)<br>45 Rockefeller Center<br>New York, NY 10111<br>(212) 589-4200 phone<br>(212) 589-4201 facsimile</td><td>John F. Cambria (JC 4098)<br>Michael Johnson (MJ 0299)<br>Piret Loone (PL 6597)<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400 phone<br>(212) 210-9444 facsimile</td></tr>
<tr><td><em>Attorneys for Defendant-Appellee Deutsche Investment Management Americas, Inc.</em></td><td><em>Attorneys for Plaintiff-Appellant INVESCO Institutional (N.A.), Inc.</em></td></tr>
</table>

SO ORDERED    FOR THE COURT

_____    Catherine O'Hagan Wolfe, Clerk of Court

                 By

                 _____

                 Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by <em>Angela Weston</em>
DEPUTY CLERK

CERTIFIED: JUL 1 0 2007